# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LESLIE E. WORM,**

        **Plaintiff,**

**-vs-**                                    **Case No.  6:04-cv-1733-Orl-31JGG**

**COMMISSIONER OF SOCIAL
SECURITY,**

        **Defendant.**

_____

## ORDER

This cause comes before the Court on Motion to Change Venue (Doc. No. 17) filed July 27, 2005.

On August 11, 2005, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be denied but that the appeal be dismissed, without prejudice, for failure to prosecute. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation is **CONFIRMED** and **ADOPTED** in part.

2.      That the Motion to Change Venue is DENIED.

3.      The recommendation for dismissal is declined, as Plaintiff did prepare a response, which inadvertently was not filed until August 15, 2005 (Doc. No. 19).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of August, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE