# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LESLIE E. WORM,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:04-cv-1733-Orl-31JGG**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

# ORDER

This cause comes before the Court on the Complaint for Denial of Social Security Benefits (Doc. No. 1) filed November 30, 2004.

On February 6, 2006, the United States Magistrate Judge issued a report (Doc. No. 28) recommending that the Complaint be denied and the decision of the Commissioner be affirmed. No objections have been filed.  Therefore, it is **ORDERED** as follows:

1.  That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.  That the Complaint for Denial of Social Security Benefits is DENIED and the decision of the Social Security Commissioner is AFFIRMED.

3.  The clerk is directed to enter Judgment in favor of the Defendant and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 27th day of February, 2006.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

-2-

Copies furnished to:

Counsel of Record
Unrepresented Party

Leslie E. Worm
RR#1, Box 368
Lakeland, GA 31638

The Honorable James E. Craig
Administrative Law Judge
c/o Social Security Administration
Office of Hearings and Appeals
Suite 300, Glenridge Bilding
3505 Lake Lynda Drive
Orlando, FL 32817